# Unclaimed Funds
Entered 1/1/2001 to 8/15/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-13381 -wch 16690955 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 73118 | 2,668.92 | 08/15/2014 |
| 08-13381 -wch 16690955 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 73118 | 1,751.63 | 08/15/2014 |

**Grand Total: 4,420.55**